341

No. 39011.—Protests 986101, etc., of Einstein Wolff Co. (New York).

Opinion by Tilson, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39012.—Protests 48530-G, etc., of G. G. Bode et al. (New York).

Opinion by Tilson, J.   The record established that certain items consist of rugs in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39013.—Protests 922090-G, etc., of Greenberg & Josefsberg (New York).

Opinion by Kincheloe, J.   It was stipulated that the containers of certain stationery sets are usual containers.   The protests were therefore sustained.

Before the Second Division, July 18, 1938

No. 39014.—Protest 165846-G of G. M. Boutross Co., Inc. (New York).

Opinion by Tilson, J.   It was found that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and other items like those passed upon in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396).   On the established facts filet laces and certain towels and squares were held dutiable as embroidered at 75 percent under paragraph 1430 as claimed.

No. 39015.—Protest 131252-G of Mills & Gibb Corp. (New York).

Opinion by Tilson, J.   From the record the handkerchiefs in question were found to be similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and held dutiable at 75 percent under paragraph 1430. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.